**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Tony Eugene Goodson,   Case No. 25-cv-1588 (PJS/DTS)

    Petitioner,

v.   **ORDER**

B. Eischen, et al.,

    Respondents.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated May 6, 2025. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. The petition for a writ of habeas corpus of petitioner Tony Eugene Goodson [Dkt. No. 1] is **DENIED**.

2. This case is **DISMISSED**.

3. Goodson's application to proceed *in forma pauperis* [Dkt No. 4] is **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 5, 2025   /s/ Patrick J. Schiltz
    Patrick J. Schiltz
    United States District Court Judge